# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 13, 2021

Lyle W. Cayce
Clerk

No. 20-11256
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LARRY REYNOLDS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-391-1

Before DAVIS, STEWART, and DENNIS, *Circuit Judges*.

PER CURIAM:*

Larry Reynolds was charged in an order to show cause with criminal contempt of court, in violation of 18 U.S.C. § 401, which arose from his conduct in bankruptcy proceedings involving a company that he owned and

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-11256

managed.  He now appeals the district court's order of detention pending trial.  *See* 18 U.S.C. § 3142.

This court has recently become aware that Reynolds pled guilty to the contempt charge on February 10, 2021. He was then sentenced to six months' imprisonment on March 24, 2021. Because Reynolds' pending appeal only seeks review of his pretrial detention, his subsequent conviction and sentencing has rendered this appeal moot as there is no longer any relief that this court can grant. *United States v. Ramirez*, 145 F.3d 345, 356 (5th Cir. 1998); *United States v. O'Shaughnessy*, 772 F.2d 112, 113 (5th Cir. 1985).

Accordingly, Reynolds' appeal is DISMISSED as MOOT.

APPEAL DISMISSED.